15 CV 1119

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

    Plaintiff,

v.

AWESOMENESS LLC and BIG FRAME, INC.,

    Defendants.

Civil Action No. _____

JUDGE DANIELS

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

FEB 1 2015
U.S.D.C. S.D.N.Y.

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Freeplay Music, LLC certifies that Plaintiff Freeplay Music, LLC has no parent corporation and that no public company owns 10% or more of its stock.

**Dated:** February 17, 2014
New York, New York

BAKER HOSTETLER, LLP

By: _____
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4624
Facsimile: (212) 589-4201

*Attorneys for Plaintiff*